372 A.2d 430
Commonwealth, Appellant, v. Thomas.

Submitted September 13, 1976. Jane Cutler Greenspan, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

372 A.2d 430
Commonwealth v. Thran, Appellant.

Argued December 6, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Gary G. Krafft, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.